UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALISON McKINNON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:16-cv-00458 |
| vs. | ) |
| | ) Judge Michael R. Barrett |
| L-3 COMMUNICATIONS CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**VERDICT FORM**

June 21, 2019

1

**The jury must unanimously agree on the answer to each question.**

1. Did Ms. McKinnon prove by a preponderance of the evidence that L-3 Communications terminated her employment because of her sex/gender?

    Yes _____        No __✗__

    **If your answer to Question 1 is Yes, please proceed to Question 2. If you answer to Question 1 is No, please stop here and sign the verdict form.**

2. What amounts of damages, if any, did Ms. McKinnon prove by a preponderance of the evidence were directly caused to her by L-3 Communications' decision to terminate her employment because of her sex/gender?

    a) back pay            $_____

    b) front pay           $_____

    c) compensatory damages   $_____

    **Please proceed to Question 3.**

3. Did L-3 Communications prove by a preponderance of the evidence that Ms. McKinnon failed to mitigate her damages?

    Yes _____        No _____

    **If your answer to Question 3 is Yes, please proceed to answer Question 4. If your answer to Question 3 is No, please proceed to Question 5.**

4. By what amount did L-3 Communications prove by a preponderance of the evidence that your award of damages to Ms. McKinnon should be reduced?

    $ _____

    **Please proceed to Question 5.**

2

5. Did Ms. McKinnon prove by clear and convincing evidence that L-3 Communications acted with malice as defined in the jury instructions?

Yes_____ No_____

**Stop here and sign the verdict form.
All jurors must sign the verdict form.**



Foreperson

Date: 6/24/19