# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Alison McKinnon,

    Plaintiff,

                                      Case No. 1:16cv458

    v.                                  Judge Michael R. Barrett

L-3 Communications Corporation, *et al.*

    Defendants.

## JUDGMENT IN A CIVIL CASE

**[XX ]**  **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[   ]**  **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The jury has rendered a verdict in favor of Defendant against Plaintiff.

Date: June 24, 2019                        Richard W. Nagel, Clerk
                                                      Clerk

                                        By:        *S/Barbara A. Crum*
                                                        Deputy Clerk