# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Alison McKinnon,

    Plaintiff,

        v.

L-3 Communications Corporation, *et al.*

    Defendants.

Case No. 1:16cv458

Judge Michael R. Barrett

## ORDER

Pursuant to a settlement conference conducted by the undersigned on September 22, 2020, this matter is settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action.

The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                      *s/Michael R. Barrett*
                                     Michael R. Barrett, Judge
                                     United States District Court